**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN ALVARADO, | NO. SA CV 18-1936-FMO(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| YANKOVITCH, Deputy, O.C.S.D., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court notes that no objections to the Report and Recommendation were filed by plaintiff. The Court therefore accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
this Order and the Judgment of this date on Plaintiff.

		DATED: May 3, 2019.



						_____/s/_____
						       FERNANDO M. OLGUIN
						   UNITED STATES DISTRICT JUDGE