**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YANKOVITCH, Deputy, O.C.S.D.,<br><br>　　　　　Defendant. | NO. SA CV 18-1936-FMO(E)<br><br><br><br>JUDGMENT |

　　IT IS ADJUDGED that the action is dismissed without prejudice.

　　DATED: May 3, 2019.


　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE